■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE DAVIS, Appellant. [617 NYS2d 18] —Judgment, Supreme Court, New York County (Angela Mazzarelli, J.), rendered July 12, 1991, convicting defendant, after a jury trial, of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Viewing the evidence in a light most favorable to the prosecution, as we must, and giving it the benefit of every reasonable inference *(see, People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932), we find that the evidence was sufficient as a matter of law to support the verdict finding the defendant guilty beyond a reasonable doubt of robbery in the third degree. Further, upon an independent review of the facts, we find that the verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490). The issues raised by defendant concerning the credibility of prosecution witnesses, including those that arose from eyewitness identification testimony of the complainant and a "Good Samaritan" bystander, were properly placed before the jury and we find no reason on the record before us to disturb its determination.

The "over-all effect of the prosecutor's summation was within the range of acceptability" *(People v D'Alessandro,* 184 AD2d 114, 119, *lv denied* 81 NY2d 884) and reversal is not warranted merely because certain remarks "would have been better left unsaid" *(People v Davis,* 188 AD2d 420, 421, *lv denied* 81 NY2d 884). Concur—Sullivan, J. P., Carro, Rosenberger, Wallach and Rubin, JJ.